United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Michelle Nicole Baker<br>713 Fair Harbor Drive<br>Lithonia, GA 30058 | Chapter 13<br><br>Case No. 11-70640-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $474.69 in unclaimed funds of Michelle Nicole Baker and , debtor(s).

Last Known Address (Most recent listed left to right):

Michelle Nicole Baker
713 Fair Harbor Drive
Lithonia, GA 30058

Dated: 5/25/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee